IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **LORI MEHRER,**<br><br>Plaintiff,<br><br>vs.<br><br>**SYNTHES NORTH AMERICA, INC. d/b/a SYNTHES (USA),**<br><br>Defendant. | Case No. **5:18-cv-04095-LTS-KEM**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate to dismissal without prejudice, with each party to bear its own costs.

DATED this 16th day of July, 2019.

| | |
|---|---|
| LORI MEHRER, Plaintiff, | SYNTHES NORTH AMERICA, INC. d/b/a SYNTHES (USA), Defendant, |
| BY: */s/ William J. Hale*<br>　　WILLIAM J. HALE, AT0013065<br>　　JOEL M. CARNEY, AT0001325<br>　　Goosmann Law Firm, PLC<br>　　17838 Burke Street, Suite 250<br>　　Omaha, NE 68118<br>　　Phone: (402) 280-7648<br>　　Email:　HaleW@GoosmannLaw.com<br>　　　　　　CarneyJ@GoosmannLaw.com<br>　　*Attorneys for Plaintiff* | BY: */s/ Nancy Penner*<br>　　ROBERT D. HOUGHTON, AT0003739<br>　　NANCY J. PENNER, AT0006146<br>　　Shuttleworth & Ingersoll, PLC<br>　　115 Third Street, SE, Suite 500<br>　　PO Box 2107<br>　　Cedar Rapids, IA 52406<br>　　Phone: (319) 365-9461<br>　　Email:　RDH@ShuttleworthLaw.com<br>　　　　　　NJP@ShuttleworthLaw.com<br>　　*Attorneys for Defendant* |

1